**UNITED STATES DISTRICT COURT**
**for the**
**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA
VS.

CASE/CITATION NO. 3:09-mj-0023cmk

Daniel Roy Owens

**ORDER TO PAY**

SOCIAL SECURITY #: ___
DATE OF BIRTH: ___
DRIVER'S LICENSE #: ___
ADDRESS: ___
CITY  STATE  ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: 1-27-15

DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

(X) Fine: $ 2,990 CR and a penalty assessment of $ 10.00 for a TOTAL AMOUNT OF: $ 3,000 payable forthwith ~~within~~ ~~payments of $ ____ per month, commencing ____ and due on the ____ of each month until paid in full.~~

( ) Restitution: ___
( ) Community Service ___ with fees not to exceed $ ___
completed by ___

Excluded from Whiskeytown for 3 years.

**PAYMENTS** must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

~~CENTRAL VIOLATIONS BUREAU~~
~~PO BOX 70939~~
~~CHARLOTTE, NC 28272-0939~~

~~CLERK, USDC~~
~~2500 TULARE ST., RM. 1501~~
~~FRESNO, CA 93721-1322~~

**CLERK, USDC**
**501 I STREET, STE. 4-200**
**SACRAMENTO, CA 95814-2322**

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 1-27-15

U.S. MAGISTRATE JUDGE

Clerk's Office

FP-PET

EDCA-3